Pavliak et al., Appellants, *v.* Catranel Homes, Inc.

Argued April 15, 1971. *Daniel M. Berger,* with him *Berger & Kapetan,* for appellants; *Myron W. Lamproplos,* with him *Cassidy & Lamproplos,* for appellee.

Decree affirmed.